UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REGINA DE CASAS DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner for Operations, Social Security,<br><br>Defendant. | Case No. CV 17-04216-JDE<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT (EAJA) ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for Award of EAJA Fees [Dkt. 23], and good cause appearing therefor,

IT IS ORDERED that EAJA fees in the amount of THREE THOUSAND SEVEN HUNDRED and 00/100 DOLLARS ($3,700.00) be paid to Counsel for Plaintiff subject to the terms of the above-referenced Stipulation.

Dated: April 17, 2018

_____
JOHN D. EARLY
United States Magistrate Judge